IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **PATENT HARBOR, LLC**<br><br>Plaintiff,<br><br>vs.<br><br>**LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., CUTRIS INTERNATIONAL LTD, COBY ELECTRONICS CORPORATION**<br><br>Defendants. | **CIVIL ACTION NO. 6:10-cv-00436**<br><br>**JURY TRIAL IS DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO F.R.C.P. 7.1

Plaintiff hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. PATENT HARBOR, LLC hereby states that the Delaware company Brandel, LLC, is the sole owner of Patent Harbor, LLC.

DATED:   August 20, 2010

Respectfully submitted,

   */s/ Keith A. Rutherford*
Keith A. Rutherford
Texas State Bar No. 17452000
**Lead Attorney**
John C. Cain
Texas State Bar No. 00783778
Scott Reese
Texas State Bar No. 24046696
WONG, CABELLO, LUTSCH,
   RUTHERFORD & BRUCCULERI, L.L.P.
20333 SH 249, Ste. 600
Houston, Texas 77070
Telephone: (832) 446-2400
Facsimile:  (832) 446-2424
E-Mail: krutherford@counselip.com

        E-Mail: jcain@counselip.com
        E-Mail: sreese@counselip.com

        T. John Ward, Jr.
        Texas State Bar No. 00794818
        WARD & SMITH LAW FIRM
        111 W. Tyler St.
        Longview, Texas 75601
        Telephone:  (903) 757-6400
        Facsimile:   (903) 757-2323
        E-Mail:  jw@jwfirm.com

        **COUNSEL FOR PLAINTIFF**
        **PATENT HARBOR, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of August, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        /s/   Wayne B. Maydwell