IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PATENT HARBOR, LLC** | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 6:10-cv-00436 |
| | § | |
| **LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., CUTRIS INTERNATIONAL LTD, COBY ELECTRONICS CORPORATION** | § | JURY TRIAL IS DEMANDED |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S AGREED MOTION TO SET DEFENDANT
LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.'S DEADLINE
TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Plaintiff, Patent Harbor, LLC and files this Agreed Motion to Set Defendant LG Electronics, Inc. and LG Electronics U.S.A., Inc.'s Deadline to Respond to Plaintiff's Complaint and in support thereof would respectfully show the Court as follows:

Defendants have accepted service. At Defendant's request and by agreement of the parties, Plaintiff respectfully requests that the Court enter an Order setting Defendants' deadline to respond to Plaintiff's Complaint on or before January 18, 2011.

Respectfully submitted,

 /s/ Keith A. Rutherford
Keith A. Rutherford
Texas State Bar No. 17452000
**Lead Attorney**
John C. Cain
Texas State Bar No. 00783778
Scott Reese
Texas State Bar No. 24046696

                              WONG, CABELLO, LUTSCH,
                                 RUTHERFORD & BRUCCULERI, L.L.P.
20333 SH 249, Ste. 600
Houston, Texas 77070
Telephone: (832) 446-2400
Facsimile:  (832) 446-2424
E-Mail: krutherford@counselip.com
E-Mail: jcain@counselip.com
E-Mail: sreese@counselip.com

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone:  (903) 757-6400
Facsimile:   (903) 757-2323
E-Mail:  jw@jwfirm.com

**COUNSEL FOR PLAINTIFF**
**PATENT HARBOR, LLC**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on this the 1st day of December, 2010.

                                       /s/ Wayne B. Maydwell
                                       Wayne B. Maydwell